# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SA CV 19-02077-DOC (RAO) | Date: | January 17, 2020 |
| Title: | James Canini v. Andrew Saul | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On October 31, 2019, Plaintiff James Canini ("Plaintiff") filed a complaint challenging the Commissioner of Social Security's denial of his application for benefits. Dkt. No. 1.

On November 19, 2019, the Court issued an Order Re: Procedures in Social Security Appeal ("Order"). Dkt. No. 14. The Order required Plaintiff to file a Proof of Service within thirty (30) days of the date of the Order. *Id.* at 1. As of the date of this order, Plaintiff has not filed a Proof of Service.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **January 24, 2020**, why this action should not be dismissed for failure to prosecute. **Failure to timely comply with this Order and/or to show cause will result in the dismissal of this action.**

**IT IS SO ORDERED.**

: 
Initials of Preparer  dl