1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

JAMES C., [1]

                Plaintiff,

12

13

     v.

14

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

15

16

               Defendant.

Case No.  SACV 19-2077-RAO

**JUDGMENT**

17

18

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

19

20

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

21

22

 DATED:    March 7, 2022

23

24

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

25

26

27

28

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.