# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C.,[1] <br>               Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br>               Defendant. | Case No.  SACV 19-02077-RAO <br><br> **JUDGMENT** |

In accordance with the Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded for further proceedings consistent with the Order.

DATED:   August 23, 2022

*Rozella A. Oliver*
_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.